## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re: SINGH, HARDIAL            Case No. 13-02934
       KAUR, BALWINDER

                                                             Chapter   7
_____,
                         Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Thomas C. Richardson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $402,947.00            Assets Exempt: $58,610.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $72,756.54      Claims Discharged
                                                                Without Payment: $1,920,705.84

Total Expenses of Administration: $44,083.35

---

      3)  Total gross receipts of $     116,839.89   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00    (see **Exhibit 2**), yielded net receipts of  $116,839.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $636,799.10 | $507,374.04 | $69,580.88 | $69,580.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,456.85 | 44,083.35 | 44,083.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 246,008.83 | 276,704.81 | 260,003.93 | 3,175.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,715,420.61 | 143,097.72 | 143,097.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,598,228.54 | $975,633.42 | $516,765.88 | $116,839.89 |

4) This case was originally filed under Chapter 7 on April 08, 2013. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015          By: /s/Thomas C. Richardson
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE - 1411 EAST MICHIGAN AVE. | 1110-000 | 115,535.11 |
| REFUNDS - MISCELLANEOUS | 1229-000 | 104.78 |
| 2013 TAX REFUNDS | 1124-000 | 449.99 |
| 2012 STATE TAX REFUNDS | 1124-000 | 750.01 |
| **TOTAL GROSS RECEIPTS** | | **$116,839.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | TCF National Bank | 4210-000 | 172,857.93 | 173,124.91 | 0.00 | 0.00 |
| 3 | Bank of America | 4210-000 | 153,265.52 | 149,668.25 | 0.00 | 0.00 |
| 10S | The Huntington National Bank | 4210-000 | 117,406.42 | 115,000.00 | 0.00 | 0.00 |
| NOTFILED | Marshall Community Credit Union | 4110-000 | 146,901.98 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance | 4210-000 | 3,647.00 | N/A | N/A | 0.00 |
| NOTFILED | Calhoun County Treasurer | 4700-000 | 14,617.77 | N/A | N/A | 0.00 |
| NOTFILED | Calhoun County Treasurer | 4700-000 | 18,980.02 | N/A | N/A | 0.00 |
| NOTFILED | Calhoun County Treasurer | 4700-000 | 9,122.46 | N/A | N/A | 0.00 |
| | Lighthouse Title Co. | 4110-000 | N/A | 69,580.88 | 69,580.88 | 69,580.88 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $636,799.10 | $507,374.04 | $69,580.88 | $69,580.88 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas C. Richardson | 2100-000 | N/A | 8,746.99 | 4,373.49 | 4,373.49 |
| Thomas C. Richardson | 2200-000 | N/A | 98.22 | 98.22 | 98.22 |
| Warner Norcross & Judd LLP | 3210-000 | N/A | 3,175.00 | 3,175.00 | 3,175.00 |
| Warner Norcross & Judd LLP | 3220-000 | N/A | 277.76 | 277.76 | 277.76 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 9.03 | 9.03 | 9.03 |
| Lighthouse Title Co. | 2500-000 | N/A | 120.00 | 120.00 | 120.00 |
| Lighthouse Title Co. | 2500-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Lighthouse Title Co. | 3510-002 | N/A | 6,900.00 | 6,900.00 | 6,900.00 |
| Lighthouse Title Co. | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Lighthouse Title Co. | 2500-000 | N/A | 772.30 | 772.30 | 772.30 |
| Lighthouse Title Co. | 2820-000 | N/A | 2,742.27 | 2,742.27 | 2,742.27 |
| Lighthouse Title Co. | 2500-000 | N/A | 17.00 | 17.00 | 17.00 |
| Lighthouse Title Co. | 2500-000 | N/A | 126.50 | 126.50 | 126.50 |
| Lighthouse Title Co. | 2500-000 | N/A | 862.50 | 862.50 | 862.50 |
| Lighthouse Title Co. | 2500-000 | N/A | 17.00 | 17.00 | 17.00 |
| Lighthouse Title Co. | 2500-000 | N/A | 17.00 | 17.00 | 17.00 |
| Lighthouse Title Co. | 2820-000 | N/A | 5,034.45 | 5,034.45 | 5,034.45 |
| Lighthouse Title Co. | 2820-000 | N/A | 7,749.11 | 7,749.11 | 7,749.11 |
| Lighthouse Title Co. | 2820-000 | N/A | 9,296.10 | 9,296.10 | 9,296.10 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.94 | 15.94 | 15.94 |
| Rabobank, N.A. | 2600-000 | N/A | 13.50 | 13.50 | 13.50 |
| Rabobank, N.A. | 2600-000 | N/A | 11.59 | 11.59 | 11.59 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.05 | 10.05 | 10.05 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.64 | 10.64 | 10.64 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.76 | 10.76 | 10.76 |
| Rabobank, N.A. | 2600-000 | N/A | 10.53 | 10.53 | 10.53 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.85 | 11.85 | 11.85 |
| Rabobank, N.A. | 2600-000 | N/A | 10.76 | 10.76 | 10.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $48,456.85 | $44,083.35 | $44,083.35 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Michigan Department of Treasury | 5800-000 | 38,401.34 | 58,401.76 | 58,401.76 | 713.32 |
| 11S | Michigan Department of Treasury | 5800-000 | N/A | 195,309.14 | 195,309.14 | 2,385.48 |
| 17 | Calhoun County Treasurer | 5800-000 | N/A | 16,700.88 | 0.00 | 0.00 |
| 18 -2 | State of Michigan/UIA Tax Office | 5800-000 | N/A | 6,293.03 | 6,293.03 | 76.86 |
| NOTFILED | Michigan Department of Treasury | 5800-000 | 207,607.49 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $246,008.83 | $276,704.81 | $260,003.93 | $3,175.66 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,107.24 | 11,107.24 | 0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 383.23 | 383.23 | 0.00 |
| 5 | CONSUMERS ENERGY COMPANY | 7100-000 | 1,717.10 | 1,808.48 | 1,808.48 | 0.00 |
| 6 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,137.14 | 3,137.14 | 0.00 |
| 7 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 5,532.64 | 5,532.64 | 0.00 |
| 8 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,364.81 | 3,364.81 | 0.00 |
| 9 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 6,313.72 | 6,313.72 | 0.00 |
| 10U | The Huntington National Bank | 7100-000 | N/A | 33,487.97 | 33,487.97 | 0.00 |
| 11U | Michigan Department of Treasury | 7100-000 | N/A | 11,194.15 | 11,194.15 | 0.00 |
| 12 | GE Capital Retail Bank | 7100-000 | N/A | 9,984.38 | 9,984.38 | 0.00 |
| 13 | GE Capital Retail Bank | 7100-000 | N/A | 20,505.81 | 20,505.81 | 0.00 |
| 14 | GE Capital Retail Bank | 7100-000 | N/A | 2,700.64 | 2,700.64 | 0.00 |
| 15 | GE Capital Retail Bank | 7100-000 | N/A | 26,679.66 | 26,679.66 | 0.00 |
| 16 | Citibank, N.A. | 7100-000 | N/A | 6,897.85 | 6,897.85 | 0.00 |
| NOTFILED | Hone City Ice | 7100-000 | 968.94 | N/A | N/A | 0.00 |
| NOTFILED | GESMBRCPG | 7100-000 | 9,984.00 | N/A | N/A | 0.00 |
| NOTFILED | Home City Ict | 7100-000 | 146.57 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Service LLC | 7100-000 | 11,428.08 | N/A | N/A | 0.00 |
| NOTFILED | GESMBRCPG | 7100-000 | 26,679.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 20,452.66 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 6,558.68 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Discover/GECRB | 7100-000 | 19,449.57 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club/GECRB | 7100-000 | 2,198.31 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 7,048.27 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 8,098.92 | N/A | N/A | 0.00 |
| NOTFILED | Compliance and Enforcement Section | 7100-000 | 1,572,490.30 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Solution Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TDS Metrocom | 7100-000 | 201.66 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards/Citibank | 7100-000 | 9,879.13 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 7100-000 | 3,086.65 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,455.64 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,302.54 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Accounts Receivable Solutions, Inc. | 7100-000 | 350.16 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,924.43 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,715,420.61 | $143,097.72 | $143,097.72 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-02934  
**Case Name:** SINGH, HARDIAL  
KAUR, BALWINDER  
**Period Ending:** 07/07/15

**Trustee:** (420390) Thomas C. Richardson  
**Filed (f) or Converted (c):** 04/08/13 (f)  
**§341(a) Meeting Date:** 06/04/13  
**Claims Bar Date:** 07/29/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - 3914 MICHIGAN | 170,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | REAL ESTATE - 1396 EAST MICHIGAN AVE. | 145,000.00 | 0.00 | | 0.00 | FA |
| 3 | REAL ESTATE - 1344 EAST COLUMBIA | 50,000.00 | 0.00 | | 0.00 | FA |
| 4 | REAL ESTATE - 1411 EAST MICHIGAN AVE. | 100,000.00 | 10,000.00 | | 115,535.11 | FA |
| 5 | REAL ESTATE - LOT NEXT TO 1411 E. MICHIGAN | 1,300.00 | 0.00 | | 0.00 | FA |
| 6 | LOGAN GAS & DELI | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | WATTLES PARK GROCERY STORE | 0.00 | 0.00 | | 0.00 | FA |
| 8 | REFUNDS - MISCELLANEOUS  (u) | Unknown | 104.78 | | 104.78 | FA |
| 9 | CASH | 7,200.00 | 0.00 | | 0.00 | FA |
| 10 | BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 11 | HOUSEHOLD GOODS | 2,900.00 | 0.00 | | 0.00 | FA |
| 12 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 13 | FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 14 | INTEREST IN LIFE INSURANCE | 9,960.00 | 0.00 | | 0.00 | FA |
| 15 | 2013 TAX REFUNDS<br>need to see 2013 tax returns when filed | 2,000.00 | 449.99 | | 449.99 | FA |
| 16 | AUTOMOBILES - UTILITY TRAILER | 50.00 | 0.00 | OA | 0.00 | FA |
| 17 | AUTOMOBILES - 1998 HONDA PASSPORT | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | AUTOMOBILES - 2010 HONDA PILOT | 14,000.00 | 0.00 | OA | 0.00 | FA |
| 19 | OTHER PERSONAL PROPERTY<br>Lawnmower & tools | 500.00 | 0.00 | OA | 0.00 | FA |
| 20 | 2012  FEDERAL TAX REFUNDS | 637.00 | 0.00 | | 0.00 | FA |
| 21 | 2012 STATE TAX REFUNDS | 1,579.00 | 0.00 | | 750.01 | FA |
| 21 | Assets   Totals (Excluding unknown values) | **$506,526.00** | **$10,554.77** | | **$116,839.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

2/25/15 - TFR filed today

1/23/15  paid in full   12/14; do niffr  paying   9/2/14  e-m McPhillips re payment status   5/24/14  Order re tax refunds; debtors to pay $1166.99 @ $200/mo until 2013 federal refund rec'd when balance due in full   4/23/14  f/u e-m to McP re tax returns; reply - debtors just picked up from tax prepared & will get to me   1/23/14  e-m M

Printed: 07/07/2015 02:36 PM    V.13.23

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-02934 | **Trustee:** (420390) Thomas C. Richardson |
| **Case Name:** SINGH, HARDIAL | **Filed (f) or Converted (c):** 04/08/13 (f) |
| KAUR, BALWINDER | **§341(a) Meeting Date:** 06/04/13 |
| **Period Ending:** 07/07/15 | **Claims Bar Date:** 07/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

McPhillips re tax refunds   10/30/13  f/u LT Lorillard Tobacco Co  9/23/13  LT Lorillard Tobacco Co   7/5/13  sale of 1411 E Michigan, BC pending; Estate to receive $10,000 carve-out from HNB  6/4/13 - conduct 341 meeting; 4/19/13 - conference with debtor.

**Initial Projected Date Of Final Report (TFR):**     June 1, 2014         **Current Projected Date Of Final Report (TFR):**     February 25, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-02934
**Case Name:** SINGH, HARDIAL
KAUR, BALWINDER
**Taxpayer ID #:** **-***0278
**Period Ending:** 07/07/15

**Trustee:** Thomas C. Richardson (420390)
**Bank Name:** Rabobank, N.A.
**Account:** ******7066 - Checking Account
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/06/13 | {8} | Air Pro Services, Inc | refunds for Logans Gas Mart | | 1229-000 | 4.88 | | 4.88 |
| 05/06/13 | {8} | Air Pro Services, Inc. | refund from Logans Gas Mart | | 1229-000 | 9.90 | | 14.78 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4.78 |
| 06/11/13 | {8} | Air Pro Services, Inc. | refunds | | 1229-000 | 4.25 | | 9.03 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 9.03 | 0.00 |
| 09/05/13 | {8} | Air Pro Services, Inc. | Refund | | 1229-000 | 85.75 | | 85.75 |
| 09/11/13 | | Lighthouse Title Co. | sale of real estate | | | 10,000.00 | | 10,085.75 |
| | {4} | | Gross proceeds from sale of real estate | 115,535.11 | 1110-000 | | | 10,085.75 |
| | | | Payoff First Mortgage - Huntington Bank | -69,580.88 | 4110-000 | | | 10,085.75 |
| | | | Amicus fee to Amicus Management | -120.00 | 2500-000 | | | 10,085.75 |
| | | | Fees to Bank of America | -2,000.00 | 2500-000 | | | 10,085.75 |
| | | | Realtor commission | -6,900.00 | 3510-002 | | | 10,085.75 |
| | | | Settlement or Closing Fee | -300.00 | 2500-000 | | | 10,085.75 |
| | | | Title insurance | -772.30 | 2500-000 | | | 10,085.75 |
| | | | Personal Property Taxes to Emmett Township Treasurer | -2,742.27 | 2820-000 | | | 10,085.75 |
| | | | Recording fee | -17.00 | 2500-000 | | | 10,085.75 |
| | | | City/County Tax/Stamps | -126.50 | 2500-000 | | | 10,085.75 |
| | | | State Tax/Stamps | -862.50 | 2500-000 | | | 10,085.75 |
| | | | Recording fee - Order Approving Sale | -17.00 | 2500-000 | | | 10,085.75 |
| | | | Recording fee - Discharge of Receivership | -17.00 | 2500-000 | | | 10,085.75 |
| | | | 2013 Summer Taxes | -5,034.45 | 2820-000 | | | 10,085.75 |
| | | | 2012 Taxes | -7,749.11 | 2820-000 | | | 10,085.75 |
| | | | 2011 Taxes | -9,296.10 | 2820-000 | | | 10,085.75 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 10,075.75 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.94 | 10,059.81 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.50 | 10,046.31 |
| 12/03/13 | 101 | Warner Norcross & Judd LLP 900 Fifth Third Center 111 Lyon Street | Attorney fees | | 3210-000 | | 3,175.00 | 6,871.31 |

Subtotals :   $10,104.78   $3,233.47

{} Asset reference(s)

Printed: 07/07/2015 02:36 PM   V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 13-02934 | **Trustee:** | Thomas C. Richardson (420390) |
| **Case Name:** SINGH, HARDIAL | **Bank Name:** | Rabobank, N.A. |
| KAUR, BALWINDER | **Account:** | ******7066 - Checking Account |
| **Taxpayer ID #:** **-***0278 | **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Period Ending:** 07/07/15 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Grand Rapids, MI 49503 | | | | | |
| 12/03/13 | 102 | Warner Norcross & Judd LLP 900 Fifth Third Center 111 Lyon Street Grand Rapids, MI 49503 | Attorney expenses | 3220-000 | | 277.76 | 6,593.55 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.59 | 6,581.96 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,571.96 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,561.96 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,551.96 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.05 | 6,541.91 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,531.91 |
| 06/12/14 | {15} | Hardial Singh | settlement from debtor | 1124-000 | 200.00 | | 6,731.91 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,721.91 |
| 07/29/14 | {15} | Hardial Singh | settlement from debtor | 1124-000 | 200.00 | | 6,921.91 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.64 | 6,911.27 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,901.27 |
| 09/10/14 | {21} | Hardial Singh | settlement from debtor | 1124-000 | 200.00 | | 7,101.27 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.76 | 7,090.51 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.53 | 7,079.98 |
| 11/14/14 | {21} | Hardial Singh | settlement from debtor | 1124-000 | 200.00 | | 7,279.98 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,269.98 |
| 12/29/14 | | Hardial Singh | settlement with debtor | | 200.00 | | 7,469.98 |
| | {15} | | 49.99 | 1124-000 | | | 7,469.98 |
| | {21} | | 150.01 | 1124-000 | | | 7,469.98 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.85 | 7,458.13 |
| 01/23/15 | {21} | Hardial Singh | settlement from debtor | 1124-000 | 200.00 | | 7,658.13 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.76 | 7,647.37 |
| 04/09/15 | 103 | Thomas C. Richardson P.O. Box 51067 Kalamazoo, MI 49005-1067 | Dividend paid 100.00% on $4,373.49, Trustee Compensation;  Reference: | 2100-000 | | 4,373.49 | 3,273.88 |
| 04/09/15 | 104 | Thomas C. Richardson P.O. Box 51067 Kalamazoo, MI 49005-1067 | Dividend paid 100.00% on $98.22, Trustee Expenses;  Reference: | 2200-000 | | 98.22 | 3,175.66 |
| 04/09/15 | 105 | Michigan Department of Treasury PO Box 30457 Lansing, MI 48909-7955 | Dividend paid   1.22% on $58,401.76; Claim# 11P; Filed: $58,401.76; Reference: | 5800-000 | | 713.32 | 2,462.34 |
| 04/09/15 | 106 | Michigan Department of Treasury PO Box 30457 | Dividend paid   1.22% on $195,309.14; Claim# 11S; Filed: $195,309.14; Reference: | 5800-000 | | 2,385.48 | 76.86 |

Subtotals :     $1,200.00     $7,994.45

{} Asset reference(s)

Printed: 07/07/2015 02:36 PM     V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 13-02934 | | | **Trustee:** | Thomas C. Richardson (420390) |
|---|---|---|---|---|---|
| **Case Name:** | SINGH, HARDIAL | | | **Bank Name:** | Rabobank, N.A. |
| | KAUR, BALWINDER | | | **Account:** | ******7066 - Checking Account |
| **Taxpayer ID #:** | **-***0278 | | | **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Period Ending:** | 07/07/15 | | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Lansing, MI 48909-7955 | | | | | |
| 04/09/15 | 107 | State of Michigan/UIA Tax Office POC Unit - Suite 11-500 3024 W. Grand Blvd. Detroit, MI 48202 | Dividend paid   1.22% on $6,293.03; Claim# 18-2; Filed: $6,293.03; Reference: | 5800-000 | | 76.86 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 11,304.78 | 11,304.78 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 11,304.78 | 11,304.78 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,304.78** | **$11,304.78** | |

| Net Receipts : | 11,304.78 |
|---|---|
| Plus Gross Adjustments : | 105,535.11 |
| Less Other Noncompensable Items : | 6,900.00 |
| Net Estate : | $109,939.89 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7066** | 11,304.78 | 11,304.78 | 0.00 |
| | **$11,304.78** | **$11,304.78** | **$0.00** |

{} Asset reference(s)

Printed: 07/07/2015 02:36 PM    V.13.23